# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| United States of America, | **Case No. CR 11-87(5) MJD/JJK**<br>**CV 13-730  MJD** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CRIMINAL CASE** |
| FAWSIYO HASSAN FARAH, | |
| Defendant. | |

(X)  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED**

1. Petitioner Fawsiyo Hassan Farah's pro se Motion under 28 U.S.C. § 2255 to Vacate, Set aside, or Correct Sentence by a Person in Federal Custody [Docket No. 931] is DENIED.

2. The Court denies a Certificate of Appealability in this case.

Date: August 27, 2013                               RICHARD D. SLETTEN, CLERK

                                                                  s/Lori Sampson
                                                              (By) Lori Sampson, Deputy Clerk